

**Entered on Docket
July 08, 2010**

_____
**Hon. Mike K. Nakagawa
United States Bankruptcy Judge**
_____

Kristin A. Schuler-Hintz, Esq., SBN 7171
Seth J. Adams, Esq., SBN 11034
Christopher K. Lezak, Esq., SBN 11185
Sherry A. Moore, Esq., SBN 11215
**McCarthy & Holthus, LLP**
9510 West Sahara Avenue, Suite 110
Las Vegas, NV 89117
Phone (702) 685-0329
Fax (866) 339-5691
NVBK@McCarthyHolthus.com

Attorney for: Secured Creditor,
Deutsche Bank National Trust Company, as Trustee for Saxon Asset Securities Trust 2006-2, its assignees and/or successors and the servicing agent Saxon Mortgage Services, Inc.

UNITED STATES BANKRUPTCY COURT

DISTRICT OF NEVADA

| | |
|---|---|
| In re: | ) Case No.: 10-19208-mkn |
| | ) |
| Richard Alvin Lopp, | ) Chapter  7 |
| Barbara Joyce Lopp, | ) |
| | ) DATE:  06/30/10 |
| Debtors. | ) TIME:   01:30 pm |
| | ) |
| | ) **ORDER TERMINATING** |
| | ) **AUTOMATIC STAY** |

    The Motion for Relief from Automatic Stay came on regularly for hearing at the date and time set forth above before the United States Bankruptcy Court.  Upon review of the Motion and supporting evidence, and good cause appearing, the Court rules as follows:

*Rev. 12.09*                                                                                                                    M&H File No. NV-10-29043
                                                                                                                                                    10-19208-mkn

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that the automatic stay provisions of 11 U.S.C. §362 be and are hereby terminated with respect to the interests of Movant in the real property commonly known as 1712 Fawn Hedge Avenue, North Las Vegas, NV 89081.

IT IS FURTHER ORDERED that Movant may proceed with post-foreclosure remedies, including any unlawful detainer action, in compliance with applicable law.

IT IS SO ORDERED.

Submitted by:
McCarthy & Holthus, LLP

/s/Sherry A. Moore
Sherry A. Moore, Esq.
9510 West Sahara Avenue, Suite 110
Las Vegas, NV 89117
702-685-0329

Approved/Disapproved

*Order Filed 05/27/10-no response received*
Laura L. Fritz, Esq.
625 S. 6th Street
Las Vegas, NV 89101
702-383-5155

Approved/Disapproved

*Order Filed 05/27/10-no response received*
Joseph B. Atkins
5030 Paradise Road #B-213
Las Vegas, NV 89119

ALTERNATIVE METHOD re: RULE 9021:

In accordance with LR 9021, counsel submitting this document certifies as follows (check one):

☐ The court has waived the requirement of approval under LR 9021.

X This is a Chapter 7 or 13 case, and either with the motion, or at the hearing, I have delivered a copy of this proposed order to all counsel who appeared at the hearing, any unrepresented parties who appeared at the hearing, and each has approved or disapproved the order, or failed to respond, as indicated below [list each party and whether the party has approved, disapproved, or failed to respond to the document]:

☐ This is a Chapter 9, 11, or 15 case, and I have delivered a copy of this proposed order to all counsel who appeared at the hearing, any unrepresented parties who appeared at the hearing, and each has approved or disapproved the order, or failed to respond, as indicated below [list each party and whether the party has approved, disapproved, or failed to respond to the document]:

☐ I certify that I have served a copy of this order with the motion, and no parties appeared or filed written objections.

Counsel appearing: Laura L. Fritz- Order Filed 05/27/10-no response received

Unrepresented parties appearing: None

Trustee: Joseph B. Atkins- Order Filed 05/27/10-no response received

Submitted by:
McCarthy & Holthus, LLP

/s/ Sherry A. Moore
Sherry A. Moore, Esq.

###

*Rev. 12.09*  M&H File No. NV-10-29043
10-19208-mkn